IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUBIST PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TEVA PARENTERAL MEDICINES, INC., et al., )<br>)<br>Defendants. ) | C.A. No. 09-189 (GMS) |

### ORDER CONSTRUING THE TERMS OF U.S. PATENT NOS. 6,468,967; 6,852,689; and RE39,071

After having considered the submissions of the parties on the matter, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that, as used in the asserted claims of U.S. Patent Nos. 6,468,967 (the "'967 patent"); 6,852,689 (the "'689 patent"); and RE39,071 (the "'071 patent"):

**A.  The '967 and '689 Patents**

1. The term "a therapeutically effective amount of daptomycin" is construed to have its plain and ordinary meaning.[1]

2. The term "at a dosage interval that minimizes skeletal muscle toxicity" is construed to have its plain and ordinary meaning.[2]

**B.  The '071 Patent**

1. The term "in substantially pure form" as used in claim 20 is construed to mean "wherein the formula 3 compound is LY146032, which contains less than 2.5% of a combined total of anhydro-LY146032 and isomer-LY146032.[3]

---

[1] The court finds that no further construction of this term is required.

[2] *See* footnote 1.

[3] The court adopts TPM's proposed construction. The parties' disagreement is over whether the "substantially pure" term modifies the combination of formulas 1-3, or formula 3

Dated: June  7 , 2010

_____
CHIEF, UNITED STATES DISTRICT JUDGE

---

only. The parties' proposed construction both identify formula 3 as LY146032, formula 2 as isomer-LY146032, and formula 1 as anhydro-LY146032. (*See* D.I. 31, Ex. B.) The court agrees with TPM that the specification, file history, and grammatical structure of the claim support a construction that it is the formula 3 compound that must be "substantially pure." The specification of the '071 Patent states that "The term 'in substantially pure form' refers to LY146032 which contains less than 2.5% of a combined total of anhydro-LY146032 and isomer-LY146032." Col. 8, ll. 55-57. Similarly, the applicants stated during the prosecution of the '071 Patent that "Amended independent Claim 20 is similar to amended Claim 18, except that Claim 20 further specifies that the formula 3 compound is in substantially pure form." (D.I. 45 at Ex. 18, A276.)