IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUBIST PHARMACEUTICALS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 09-189 (GMS) ) |
| TEVA PARENTERAL MEDICINES, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., | ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiff Cubist Pharmaceuticals, Inc. ("Cubist") and Defendants Teva Parenteral Medicines, Inc., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries Ltd. (collectively "TPM") hereby stipulate and agree, for purposes of the above-captioned litigation only, as follows, subject to the approval of the Court:

1. Teva Parenteral Medicines, Inc. filed Abbreviated New Drug Application ("ANDA") No. 21-572 with the United States Food and Drug Administration seeking approval for the commercial manufacture, use and sale of a generic version of daptomycin for injection ("TPM's Daptomycin ANDA Product").

2. Based on the filing of ANDA No. 21-572, Plaintiff asserts infringement under 35 U.S.C § 271(e)(2) of claims 3, 4, 5, 16, 17, 27, 28, 34, 35, 42, 43, 44, and 45 of U.S. Patent No. 6,468,967 ("the '967 patent"), and of claims 48, 49, 50, 51, and 52 of U.S. Patent No. 6,852,689 ("the '689 patent") (together "the asserted claims"). Cubist has not asserted infringement of any of the claims of either the '967 or '689 patents other than those identified in this paragraph as the asserted claims.

3. The proposed labeling for the TPM Daptomycin ANDA Product provides that 4 mg/kg should be administered by IV infusion once every 24 hours for 7 to 14 days to treat complicated skin and skin structure infections. For purposes of this litigation only and without prejudice to TPM's positions in this litigation that the asserted claims of the '967 patent are both invalid and unenforceable due to inequitable conduct, this proposed labeling would induce physicians who were to administer the TPM Daptomycin ANDA Product to patients with these infections to infringe claims 3, 4, 5, 16, 27, 28, 34, 42 and 44 of the '967 patent.

4. The proposed labeling for the TPM Daptomycin ANDA Product provides that 6 mg/kg should be administered by IV infusion once every 24 hours for a minimum of 2 to 6 weeks to treat *Staphylococcus aureus* Bloodstream Infection (Bacteremia). For purposes of this litigation only and without prejudice to TPM's positions in this litigation that the asserted claims of the '967 patent are both invalid and unenforceable due to inequitable conduct, this proposed labeling would induce physicians who were to administer the TPM Daptomycin ANDA Product to patients with this infection to infringe claims 3, 4, 5, 17, 27, 28, 35, 43 and 45 of the '967 patent.

5. The proposed labeling for the TPM Daptomycin ANDA Product further states that for patients with renal impairment having creatinine clearance less than 30 mL/min, the recommended dosing regimen should be changed to once every 48 hours. For purposes of this litigation only and without prejudice to TPM's positions in this litigation that the asserted claims of the '689 patent are both invalid and unenforceable due to inequitable conduct, this proposed labeling would induce physicians who were to administer the TPM Daptomycin ANDA Product to patients with renal impairment with a creatinine clearance less than 30 mL/min to treat complicated skin and skin structure infections to infringe claims 48, 49, 50 and

51 of the '689 patent. For purposes of this litigation only, and without prejudice to TPM's positions in this litigation that the asserted claims of the '689 patent are both invalid and unenforceable due to inequitable conduct, this proposed labeling would induce physicians who were to administer the TPM Daptomycin ANDA Product to patients with renal impairment with a creatinine clearance less than 30 mL/min to treat *Staphylococcus aureus* Bloodstream Infection (Bacteremia) to infringe claims 48, 49, 50 and 52 of the '689 patent.

6.  If the proposed labeling referenced in paragraphs 3, 4 and 5 is materially changed such that it does not provide that the TPM Daptomycin ANDA Product be administered in the manner set forth in paragraphs 3, 4 and 5 of this Stipulation and such that there would be no inducement of infringement with respect to one or more of the claims at issue, this stipulation shall become null and void with respect to any such claim. TPM reserves the right to file any motion necessary with respect to infringement issues if a change in the proposed labeling is made.

7.  TPM makes these admissions without prejudice to TPM's positions in this litigation that the asserted claims of both the '967 and '689 patents are both invalid and unenforceable due to inequitable conduct.

8.  If the Court invalidates and/or finds unenforceable the asserted claims of the '967 and '689 patents, Cubist will not assert or argue before the U.S. Food and Drug Administration or any other administrative or judicial body that because such court decision addresses fewer than all of the claims contained in these patents it does not permit termination of the thirty-month stay pursuant to 21 U.S.C. § 355(j)(5)(B)(iii).

IT IS SO STIPULATED.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

OF COUNSEL:

William F. Lee
Lisa J. Pirozzolo
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Plaintiff Cubist Pharmaceuticals, Inc.*

Kate Hutchins
WILMER CUTLER PICKERING HALE
  AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
D. Fon Muttamara-Walker (#4646)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6027
rhorwitz@potteranderson.com
dmoore@potteranderson.com
fmuttamara-walker@potteranderson.com

OF COUNSEL:

Francis C. Lynch
Laurie S. Gill
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
(617) 570-1000

*Attorneys for Defendants Teva Parenteral Medicines, Inc., Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

SO ORDERED this _____ day October 2010.

_____
                                                                J.